

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOSE VALDEZ-MARTINEZ, § No. 08-17-00193-CR

Appellant, § Appeal from the

v. § 171st District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20160D03097)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **January 10, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before January 10, 2019.

IT IS SO ORDERED this 27th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.